

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00034-CR

David **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8655
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 17, 2015.

_____
Patricia O. Alvarez, Justice